**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**RICHARD A. GALLO**
SUPERVISING U.S. PROBATION OFFICER

**MATTHEW F. MILLER**
SUPERVISING U.S. PROBATION OFFICER

**401 MARKET ST., 1ST FLOOR**
**POST OFFICE BOX 3497**
**CAMDEN, NJ 08101-3497**
**(856) 757-5043**
**FAX: (856) 757-5302**

January 21, 2005

The Honorable Robert B. Kugler
U.S. District Court Judge
Mitchell H. Cohen Federal Courthouse
One John Gerry Plaza
Fourth & Cooper Streets
Camden, New Jersey 08101

**RE:** MULLEN, John
**DKT. NO.:** 03-00330-05
**<u>STATUS REPORT</u>**

Dear Judge Kugler:

On October 8, 2004, the above-named individual appeared before Your Honor for sentencing, having previously plead guilty to count one of a twenty-nine count indictment. Count one of the indictment charged Conspiracy to Defraud the Unties States, in violation of 18 U.S.C. § 371. He was sentenced to five (5) years Probation with the following special conditions: 1) Home confinement for a period of three (3) months; 2) Financial disclosure; 3) The defendant is to refrain from holding any employment in the telemarketing industry without the approval of the U.S. Probation Office, and 4) No new debt or opening additional lines of credit without the approval of the U.S. Probation Office. Additionally, he was ordered to pay a fine of $5,000. The fine was ordered to be paid immediately with any unpaid balance to be paid in monthly installments in accordance with a schedule to be set by the U.S. Probation Office. A special assessment of $100 was also imposed.

On November 24, 2004, supervision of this case was transferred to the Eastern District of Pennsylvania as a result of the offender's established residence in that district. United States Probation Officer Leonard L. Ventre is the assigned supervision officer.

On December 17, 2004, United States Probation Officer Leonard L. Ventre notified the undersigned of the offender's inability to contribute regular monthly installments toward his fine obligation. On January 13, 2005, Mr. Mullen made a payment of $100 which was applied to his special assessment. According to Mr. Ventre, the offender is currently unemployed and his monthly financial expenses exceed his income by $3, 678.00. He further advised that the offender's wife remains unemployed and continues in ongoing chemotherapy for colon cancer. United States Probation Officer Ventre advises that the offender is actively pursuing employment and is likely to become employed within the near future.

No Court intervention is sought at this time. We will continue to monitor the offender's overall financial circumstances, and will enforce monthly fine payments commensurate with the offender's ability to pay.

Kindly indicate the Court's position in this regard on the enclosed "Report on Offender Under Supervision". Should you have any questions or concerns, I may be reached at (856) 757- 5178.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Valencia K. Sherrer
Senior U.S. Probation Officer

/vks
Enclosure

Approved by______________________
Richard A. Gallo, Supervising
U.S. Probation Officer